IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DEANGELO LEE CONTRERAS | ) | 1:24CR5-6 |
| TRISTIAN RENE GAME | ) | 1:24CR5-7 |
| VICTOR GONZALEZ | ) | 1:24CR5-8 |
| JESUS SALAZAR | ) | 1:24CR5-9 |
| CRISTIAN VALDEZ | ) | 1:24CR5-10 |
| JESUS GERARDO VALDEZ, JR. | ) | 1:24CR5-11 |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 20, 2024, was served on the parties in this action. (ECF Nos. 104, 105). Defendants filed Objections to the Magistrate Judge's Recommendation on April 4, 2024.

On January 16, 2024, a federal grand jury for this District returned an indictment charging multiple Defendants, including Deangelo Contreras, Tristian Gamez, Victor Gonzalez, Jesus Salazar, Cristian Valdez, and Jesus Gerardo Valdez, Jr. with one count of conspiracy to commit kidnapping in violation of 18 U.S.C. § 1201(c) and one count of conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951(a). These Defendants were initially arrested in Texas, and after a detention hearing they were ordered released pending trial on conditions of release. However, the Government appealed that determination under 18 U.S.C. § 3145(a), and by Order entered on February 9, 2024, (ECF No. 36), this Court stayed the release decision and ordered that the Defendants remain in custody for appearance in this District and *de novo* review.

On their arrival in this District, the Court referred the case to the Magistrate Judge to collect additional evidence and make a further Recommendation regarding the issue of release or detention in light of that additional evidence. The Magistrate Judge obtained updated Pretrial Reports and held an evidentiary hearing. Following the hearing, the Magistrate Judge entered a Recommendation recommending that these Defendants be detained, and these Defendants have now filed Objections, (ECF Nos. 106, 108, 109, 111, 112, 113), to that Recommendation. Defendant Contreras has also filed a Motion to present additional evidence, (ECF Nos. 114, 117), which will be granted to the extent that the additional evidence has been considered.

The Court has considered the Objections and has considered *de novo* the information obtained from the proceedings in Texas and the proceedings before the Magistrate Judge in this District and all of the evidence presented. Based on all of that information, on *de novo* review, the Court finds by clear and convincing evidence that no condition or combination of release conditions would reasonably assure the safety of others and the community, for the reasons set out in the Recommendation. Therefore, the Objections, (ECF Nos. 106, 108, 109, 111, 112, 113), are **OVERRULED**, the Recommendation, (ECF No. 104) is **ADOPTED**, and Defendants are detained pending further proceedings.

**IT IS THEREFORE ORDERED** that the Motion for Consideration of New Evidence, (ECF Nos. 114, 117), are **GRANTED** to the extent that the additional evidence is considered, but it does not change the ultimate conclusion in this case.

**IT IS FURTHER ORDERED** that for the reasons set out in the Recommendation, (ECF No. 104), Defendants are detained pending disposition of the instant charges pursuant

to 18 U.S.C. § 3142(e)(1). Defendants are committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendants must be afforded a reasonable opportunity for private consultation with defense counsel.

On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver each Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

This, the 24th day of April 2024.

/s/ Loreta C. Biggs  
United States District Judge